David W. Hankins and Gertrude L. Hankins, Appellants, v. William H. De Pue, Appellee.

Gen. No. 43,984.

opinion filed April 21, 1947; released for publication May 5, 1947. Willard & Bloche, for appellants; Frank P. Zaleski, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

People of State of Illinois ex rel. Thora Swanson, Appellee, v. City of Chicago et al., Appellants.

Gen. No. 43,995.

opinion filed April 21, 1947; released for publication May 5, 1947. Barnet Hodes, Corporation Counsel, for appellants; J. Herzl Segal and L. Louis Karton, Head of Appeals and Review Division, A. A. Pantelis and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; no appearance for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.